

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| CRAIG B. ROSEN, | : |
| Debtor. | : |
| UNITED STATES OF AMERICA | :  CIVIL ACTION |
| Appellant, | : |
| v. | :  No. 16-507 |
| TERRY DERSHAW, CHAPTER 7 TRUSTEE | : |
| Appellee. | : |

**FILED**
NOV 1 – 2016
LUCY V. CHIN Interim Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW,** this 9th day of November, 2016, upon consideration of the briefs, it is hereby **ORDERED** that the appeal is **DISMISSED**. Appellant's "Motion for a Stay Pending Appeal" (doc. no. 8) is denied as moot.

**BY THE COURT:**

_____
Mitchell S. Goldberg, J.

ENTERED

CLERK OF COURT

11/10/16 mail:
Dershaw Coleman
McGrath

xc: USBC